AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Jordan Strah,<br><br>*Plaintiff(s)*<br><br>v.<br><br>Franklin Resources, Inc., K2 Advisors, LLC, and K2/D&S Management Co., LLC,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 26-3428 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  K2 Advisors, LLC
300 Atlantic Street, 12th Floor
Stamford, CT 06901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Andrea Paparella
Law Office of Andrea Paparella, PLLC
134 W. 29th Street, Suite 1001 New
York, NY 10001-5304

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  April 27, 2026

/S/  S.  James

*Signature of Clerk or Deputy Clerk*

