MEMO ENDORSED

JacksonLewis

Andrew M. Sherwood
Jackson Lewis P.C.
666 Third Avenue
New York, New York 10017
(212) 545-4062 Direct
Andrew.Sherwood@JacksonLewis.com

September 18, 2026

Via ECF

Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

The application is X granted
____ denied

Edgardo Ramos, U.S.D.J
Dated: 9/22/2026
New York, New York

Re: *Strah v. Franklin Resources, Inc. et al.*
Case No. 26-cv-3428-ER

Dear Judge Ramos:

We represent Defendants Franklin Resources, Inc., K2 Advisors, LLC, and K2/D&S Management Co., LLC (collectively, "Defendants") in connection with the above-referenced matter.

We write jointly with Plaintiff's counsel, Andrea Paparella, Esq., to respectfully request that the Court enter a stay of this action because the parties have agreed to participate in a private mediation. If mediation is successful, a stay will obviate the need for the Court and the Parties to expend further resources while the mediation is pending. Given that this matter is in its earliest stage, a stay of the matter will not prejudice Plaintiff or Defendants.

Accordingly, the Parties respectfully request that the Court enter an order: (1) staying all proceedings in this action pending mediation; (2) directing the Parties to file a joint status report within fifteen days of the conclusion of mediation, or within sixty days of the entry of a stay order, whichever is earlier, advising the Court of the status of mediation; and (3) granting such other and further relief as the Court deems just and proper.

We thank Your Honor for your attention to this matter.

Respectfully submitted,

Andrew M. Sherwood, Esq.

cc: Andrea Paparella, Esq. (Counsel for Plaintiff) (Via ECF)